cal____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EN POINTE TECHNOLOGIES, INC.<br>SECURITIES LITIGATION<br><br>This Document Relate to:<br>    ALL ACTIONS | Lead Case No.01cv0205 BEN (AJB)<br>01cv0531 BEN (AJB)<br><br>ORDER TERMINATING ACTION |

The above entitled action was consolidated with lead case *Ruffalo, et al., v. En Pointe, et al.*, 01cv0205 (AJB). All actions were settled as to all parties in the consolidated matters and the settlements approved as part of the final judgment in Ruffalo. This case, however, remains active on the docket as of this date.

Based on the foregoing, the Court orders the above entitled action terminated as part of the related settlement with prejudice as this time.

IT IS SO ORDERED.

DATED: December 5, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1

01cv0205